

# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
SIDNEY L. MANES

CECELIA R.S. CANNON
PAUL J. DOMINSKI
EMILEE K. LAWSON HATCH ***
JULIA J. MARTIN
VICTOR L. PRIAL
DAVID C. TEMES
JOSHUA S. WERBECK

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

July 7, 2011

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re: **Alphonsa Williams Sr., and Hazel Williams**
    **Case No.: 09-30877**

Dear Clerk:

Enclosed please find a check in the amount of 9.42 representing funds payable to claimants. For your convenience, I have enclosed a Claims Distribution Small Checks report with the names and addresses for each claimant included in the check.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
Encl.
1591375.1

**RECEIVED**

JUL - 8 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**FILED**

JUL - 8 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

WWW.GSLAW.COM

Printed: 07/07/11 02:15 PM

# Claims Distribution Small Checks

Trustee: MICHAEL J. BALANOFF (520830)

Page: 1

Case: 09-30877 - WILLIAMS, ALPHONSA, SR.

Account No. 1200587782676

| Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 115 07/07/11 | | | | Payee: U.S. BANKRUPTCY COURT CLERK | | | Check Amount: | $9.42 |
| | 41 | 05/06/10 | 640 | GE Money Bank dba SAM'S CLUB, Care of Recovery Management Systems Corp, 25 SE 2nd Ave St Miami, FL 33131 | 4.53 | 4.53 | 4.53 | 4.53 |
| | 51 | 05/06/10 | 640 | GE Money Bank dba QCARD, Care of Recovery Management Systems Corp, 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | 2.85 | 2.85 | 2.85 | 2.85 |
| | 61 | 06/15/11 | 640 | Dr. John F Griffin 475 Irving Ave Ste 420 Syracuse, NY 13210 | 2.04 | 2.04 | 2.04 | 2.04 |

(*) Denotes objection to Amount Filed